WARREN TERZIAN LLP
Tom Warren (SBN 160921)
*tom.warren@warrenterzian.com*
Dan Terzian (SBN 283835)
*dan.terzian@warrenterzian.com*
Erick Kuylman (SBN 313202)
*erick.kuylman@warrenterzian.com*
222 N. Pacific Coast Highway, Suite 2000
Los Angeles, CA 90245
T: (213) 410-2620

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ROBINS, on behalf of herself, all others similarly situated, and the general public,<br><br>           Plaintiff,<br><br>     v.<br><br>LEMME INC., a Delaware corporation, and JOHN DOES 1–10,<br><br>           Defendant. | Case No. 2:25-cv-11265<br><br>**Stipulation of Dismissal Without Court Order** |

1
STIPULATION OF DISMISSAL

WARREN TERZIAN LLP

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Christina Robins and Defendant Lemme Inc. stipulate to the dismissal of this action with prejudice. The parties shall bear their own fees and costs.

Dated: December 12, 2025                    WARREN TERZIAN LLP


                                            _____s/ Dan Terzian_____
                                            Dan Terzian

                                            *Counsel for Plaintiff*


Dated: December 12, 2025                    AMIN WASSERMAN GURNANI, LLP


                                            _____s/ William P. Cole_____
                                            William P. Cole

                                            *Counsel for Defendant*


### SIGNATURE CERTIFICATION

I, Dan Terzian, declare that William Cole concurs in this filing's content and has authorized the filing.


Dated: December 12, 2025                    _____s/ Dan Terzian_____
                                            Dan Terzian

STIPULATION OF DISMISSAL

WARREN TERZIAN LLP